UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHERYL LANGEVIN<br><br>　　　　Plaintiff<br><br>v.<br><br>DEARBORN NATIONAL et al,<br><br>　　　　Defendant | **2:21-cv-00060-JDL** |

## STIPULATION OF DISMISSAL

NOW COME the parties in the above-captioned matter and hereby stipulate to the dismissal of this action with prejudice and without costs or fees, pursuant to M.R.Civ.P.41(a)(1)(ii).

Dated: November 1, 2021　　　　　　　　　_s/ Guy D. Loranger_____
　　　　　　　　　　　　　　　　　　　　Guy D. Loranger, Esq., Bar No. 9294
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Law Office of Guy D. Loranger
　　　　　　　　　　　　　　　　　　　　1 Granny Smith Court, Suite 3
　　　　　　　　　　　　　　　　　　　　Old Orchard Beach, Maine 04064
　　　　　　　　　　　　　　　　　　　　(207) 937-3257

Dated: November 1, 2021_____　　　　　　s/Jill S. Vorobiev_____
　　　　　　　　　　　　　　　　　　　　Jill S. Vorobiev, Esq.
　　　　　　　　　　　　　　　　　　　　ReedSmith LLP
　　　　　　　　　　　　　　　　　　　　10 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago IL 60606
　　　　　　　　　　　　　　　　　　　　312-207-2858

**CERTIFICATE OF SERVICE**

I, Guy D. Loranger, do hereby certify that on October 26, 2021, I filed the foregoing document using the CM/CEF system which will electronically notify Defendant's counsel:

>Jill Vorobiev, Esq.
>ReedSmith
>10 South Wacker Drive
>Chicago IL 60606
>312-207-2858